UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

**JO ANN BALSAMO**,

    Plaintiff

vs.

**EQUIFAX INFORMATION
SERVICES, LLC**,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

### INTRODUCTION

Plaintiff, Jo Ann Balsamo ("Plaintiff"), by and through counsel, brings this civil action against defendant Equifax Information Services, LLC (Equifax) for violations of the Fair Credit Reporting Act. Equifax mixed Plaintiff's credit file with that of her sister. Despite numerous disputes, Equifax has proven unwilling or unable to produce an accurate credit report for plaintiff. Plaintiff requests a trial by jury on all claims.

### JURISDICTION AND VENUE

1. Jurisdiction of this court arises under 15 U.S.C. § 1681p.

2. Venue in this District is proper under 28 U.S.C. § 1391(b)(2).

### PARTIES

3. Plaintiff, Jo Ann Balsamo ("Plaintiff"), is an individual resident of Vero Beach, Indian River County Florida. She is a consumer as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681a(c).

4. Defendant, Equifax Information Services, LLC, Inc., is a Georgia limited liability company and is a consumer reporting agency ("CRA") as defined by Fair Credit Reporting Act (FCRA) 15 U.S.C. § 1681a(f).

## COMMON FACTUAL ALLEGATIONS

5. Defendant, Equifax Information Services, LLC (CRA) reported and disseminated inaccurate credit information to third parties regarding Plaintiff's credit history, including accounts and information belonging to Plaintiff's sister.

6. Plaintiff repeatedly notified Equifax that it was reporting inaccurate credit information in her credit report, and Plaintiff sent Equifax written requests for reinvestigation of the information that was inaccurate.

7. Equifax failed to follow reasonable procedures to assure the maximum possible accuracy of the information contained in Plaintiff's consumer reports.

8. In 2010, and in 2013, Equifax failed to conduct a reasonable reinvestigation of Plaintiff's disputes, and failed to comply with the reinvestigation requirements under 15 U.S.C. § 1681i.

9. On information and belief, Equifax transmitted consumer reports relating to Plaintiff without a permissible purpose under the Fair Credit Reporting Act for doing so.

10. In 2014, Equifax continued to report inaccurate accounts and information in plaintiff's credit reports.

11. As a result of Equifax's conduct, actions and inaction, Plaintiff suffered actual damages in the form of additional interest, expense and finance charges as well as extreme mental anguish and emotional distress, humiliation, and damage to Plaintiff's

reputation for credit worthiness.

12. Equifax's conduct, actions and inactions were willful, rendering Equifax liable for punitive damages in the amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

## COUNT I – FCRA

### 15 U.S.C. § 1681o

13. Plaintiff incorporates all previous paragraphs of this complaint.

14. Equifax negligently failed to comply with the requirements imposed under the FCRA, including but not limited to:

   a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports, as required by 15 U.S.C. §1681e(b);

   b) failing to comply with the reinvestigation requirements in 15 U.S.C. §1681i, including but not limited to parts and subparts;

   c) providing plaintiff's credit file to companies without determining that these companies had a permissible purpose to obtain plaintiff's credit file pursuant to U.S.C. §1681b.

15. As a result of Equifax's violations of the FCRA, plaintiff has suffered, continues to suffer and will suffer future damages, including denial of credit, lost opportunity to receive credit, damage to reputation, worry, distress, frustration, embarrassment, and humiliation, all to his damages, in an amount to be determined by the jury.

16. Plaintiff is entitled to actual damages in an amount to be determined by the jury.

17. Plaintiff is entitled to attorney fees, pursuant to 15 U.S.C. § 1681o(a).

## COUNT II – FCRA

15 U.S.C. § 1681n

18. Plaintiff incorporates all previous paragraphs of this complaint.

19. Equifax willfully failed to comply with the requirements imposed under the FCRA, including but not limited to:

a) failing to follow reasonable procedures to assure maximum possible accuracy of the information in consumer reports, as required by 15 U.S.C. §1681e(b);

b) failing to comply with the reinvestigation requirements in 15 U.S.C. §1681i, including but not limited to parts and subparts;

c) providing plaintiff's credit file to companies without determining that these companies had a permissible purpose to obtain plaintiff's credit file pursuant to U.S.C. §1681b.

20. As a result of Equifax's violations of the FCRA, plaintiff has suffered, continues to suffer and will suffer future damages, including denial of credit, lost opportunity to receive credit, damage to reputation, worry, distress, frustration, embarrassment, and humiliation, all to his damages, in an amount to be determined by the jury.

21. Plaintiff is entitled to actual damages in an amount to be determined by the jury.

22. Plaintiff is entitled to actual damages in an amount to be determined by the jury.

23. Plaintiff is entitled to attorney fees, pursuant to 15 U.S.C. § 1681n.

## **PRAYER**

WHEREFORE, Plaintiff prays for relief as follows:

1. On Plaintiff's First Claim for Relief:

    a. Actual damages in an amount to be determined by the jury;

    b. Attorney fees and costs.

2. On Plaintiff's Second Claim for Relief:

    a. Actual damages in an amount to be determined by the jury;

    b. Punitive damages in an amount to be determined by the jury; and,

    c. Statutory damages as determined by the court; and

    d. Attorney fees and costs.

3. Trial by jury is requested.

DATED this 4th day of May, 2014.

    Respectfully submitted,

    s/ Robert W. Murphy

    _____
    ROBERT W. MURPHY
    Florida Bar No. 717223
    1212 S.E. 2nd Avenue
    Ft. Lauderdale, FL 33316
    (954) 763-8660 Telephone
    (954) 763-8607 Telecopier
    Email: rphyu@aol.com

    Justin M. Baxter, pro hac vice pending
    Baxter & Baxter, LLP
    8835 SW Canyon Lane, Suite 130
    Portland, Oregon 97225
    Telephone (503) 297-9031
    Facsimile (503) 291-9172
    justin@baxterlaw.com

    Attorneys for Plaintiff Balsamo